# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

KINSMAN CONSTRUCTION, INC., a Colorado corporation; and JAMES KINSMAN, individually

      Plaintiffs,

v.

VERIZON WIRELESS SERVICES, LLC, a Delaware limited liability company; COMMNET CELLULAR INC., a Colorado corporation d/b/a VERIZON WIRELESS; and VALOR INTELLIGENT PROCESSING, LLC, a Delaware limited liability company

      Defendants.

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:**

**PLEASE TAKE NOTICE** that Defendant VERIZON WIRELESS SERVICES, LLC ("Defendant") hereby removes the action described below from the District Court of Jefferson County, Colorado ("State Court") to the United States District Court for the District of Colorado, pursuant to Sections 1331, 1367(a), 1441, and 1446 of Title 28 of the United States Code ("U.S.C."). As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Defendant has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant states as follows:

I.  **THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. SECTIONS 1331, 1367 AND 1441**

On August 27, 2020, Plaintiffs Kinsman Construction, Inc. and James Kinsman filed a Complaint in the District Court of Jefferson County, Colorado. On August 28, 2020, Plaintiffs served Defendant with a Summons, the Complaint, and a Civil Case Cover Sheet. As required by 28 U.S.C. § 1446(a), copies of the Summons, Complaint and Civil Case Cover Sheet are attached hereto as **Exhibit A**, **Exhibit B** and **Exhibit C**, respectively, and a copy of the State Court's Civil Procedure Order is attached as **Exhibit D**. Attached as **Exhibit E** is a copy of the docket sheet. No other process, pleadings, or orders have been served on Defendant.

In the Complaint, Plaintiffs allege, among other things, that Defendant reported inaccurate or incomplete information to consumer credit reporting agencies. Based upon these allegations, Plaintiffs allege claims for breach of contract (Exhibit B, ¶¶ 31-35) and for Violation of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. (*id.* at ¶¶ 36-48).

Because this action arises under federal law (FCRA), which can be ascertained from the face of Plaintiffs' Complaint, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. In addition, this Court has supplemental jurisdiction over Plaintiff's remaining state law claim for breach of contract, which seeks damages based upon alleged "damage to James Kinsman's credit score and reputation" and, thus, forms part of the "same case or controversy" pursuant to 28 U.S.C. § 1367(a). Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

## II. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

On or about August 27, 2020 Plaintiffs filed this action in the District Court of Jefferson County, Colorado.  Defendant was served with the Complaint on August 28, 2020.  This Notice of Removal is timely in that it was filed within 30 days from the time Defendant had notice that the action was removable, and less than a year after the commencement of the action.  *See* 28 U.S.C. §1446(b).

The District Court of Jefferson County, Colorado is located within the United States District Court for the District of Colorado.  *See* 28 U.S.C. § 85.  Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

In compliance with 28 U.S.C. §1446(d), Defendant will serve on Plaintiffs, and file with the Clerk of the District Court of Jefferson County, Colorado written notice of the filing of this Notice of Removal, including providing all parties and the Court with a copy of this Notice of Removal as an attachment thereto.

No previous application has been made for the relief requested herein.

WHEREFORE, Defendant hereby removes this action from the State Court to the United States District Court for the District of Colorado pursuant to 28 U.S.C.§§ 1331, 1367(a), 1441, and1446.

DATED:  September 18, 2020          Respectfully submitted,

*/s/ Daniel J. Williams*
Thomas E.M. Werge (Colo. Reg. #42726)
Daniel J. Williams (Colo. Reg. #52568)
WERGE LAW LLC
1627 N. Vine St. Ste. 200
Denver, CO 80206

Telephone: 720-507-5008
Fax: 303-586-4900
tom@werge.law
*Attorneys for Defendant Verizon Wireless Services, LLC*