# EXHIBIT A



| | |
|---|---|
| District Court, Jefferson County, State of Colorado<br>100 Jefferson County Parkway<br>Golden, Colorado 80401 | |
| **Plaintiffs:**<br><br>KINSMAN CONSTRUCTION, INC., a Colorado corporation and JAMES KINSMAN, individually<br><br>v.<br><br>**Defendants:**<br><br>VERIZON WIRELESS SERVICES, LLC, a Delaware limited liability company; COMMNET CELLULAR INC., a Colorado corporation d/b/a VERIZON WIRELESS; and VALOR INTELLIGENT PROCESSING, LLC, a Delaware limited liability company | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiffs:<br>Dart M. Winkler, #33916<br>HOFFMAN NIES DAVE & MEYER LLP<br>5350 S Roslyn St., Ste. 100<br>Greenwood Village, Colorado 80111<br>Telephone: (303) 860-7140<br>Facsimile: (303) 860-7344<br>E-Mail: dwinkler@hn-colaw.com | Case No. 2020CV31040<br><br>Division: |

### DISTRICT COURT CIVIL SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

VERIZON WIRELESS SERVICES, LLC
c/o Registered Agent - C T Corporation System
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112-1268

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

                                        **HOFFMAN NIES DAVE & MEYER LLP**

                                        *s/Dart Winkler*
                                        Dart Winkler, #33916
                                        Attorneys for Plaintiffs

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.